CLEAR FORM

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Anthony Bouyer <br><br> v. <br><br> Nazmuddin Mohammed et al <br><br> Plaintiff(s) / Defendant(s). | CASE NUMBER: <br><br> 2:20-cv-02192-PSG-AS <br><br> **NOTICE OF MEDIATION DATE** |

YOU ARE HEREBY NOTIFIED THAT THE PANEL MEDIATOR HAS SCHEDULED A MEDIATION IN THE ABOVE-CAPTIONED CASE

for September 10, 2020 at 9:00 ☑ a.m. / ☐ p.m.

LOCATION: Via Zoom Video

> **The mediation session must be completed and an ADR-03 Report must be filed on or before the Court-ordered completion date.**

Continuances are not favored and can only be granted by the Mediator up to the Court-ordered completion date. Absent extraordinary circumstances, parties cannot request a continuance within three (3) business days of a scheduled mediation.

Dated: September 1, 2020

Panel Mediator: Jean M. Lawler
Address: Lawler ADR Services, LLC
106 Standard Street
El Segundo, CA 90245
Phone: 310-683-4332